UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

Acknowledged.
TWP
4/10/2024

SAMANTHA BURTON, )
)
   Plaintiff, )
)
vs. ) CASE NO.: 4:23-cv-00194-TWP-KMB
)
EXPERIAN INFORMATION )
SOLUTIONS, INC. )
)
   Defendant. )

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, Samantha Burton, pursuant to FRCP 41, and hereby files this Notice of Voluntary Dismissal with prejudice of the above-referenced action against Defendant, Experian Information Solutions, Inc., which has neither filed an Answer nor Motion for Summary Judgment in this action. Each party shall bear her/its own fees.

Respectfully submitted this 9th day of April, 2024.

HEMMINGER LAW OFFICE, PSC

/s/*David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*